**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Theresa Malone, on behalf of Daniel McGettigan, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security Administration,<br><br>Defendant. | No. CV-13-2054-PHX-LOA<br><br>**ORDER** |

This Social Security appeal arises on the Commissioner's Unopposed Motion for Remand, requesting the Court to remand this case for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 34) Specifically, the Commissioner moves for a remand order "[t]o an administrative law judge ("ALJ") for a *de novo* hearing . . . to: (1) give the substitute party an opportunity for a hearing; (2) determine whether the claimant's impairments met or equaled the criteria of listings 1.02A and 1.03, providing sufficient rationale in support of the step three finding; and (3) further evaluate the claimant's mental impairments and reassess the claimant's residual functional capacity." (*Id.* at 1-2)

The Commissioner's counsel represents that Plaintiff, through her counsel of record, has been contacted and does not oppose the Commissioner's Motion. The parties have expressly consented in writing to a magistrate judge presiding over all proceedings pursuant to 28 U.S.C. § 636(c). (Docs. 7, 9)

There being no objection to a remand pursuant to sentence four of 42 U.S.C. § 405(g), and good cause appearing,

**IT IS ORDERED** that the Commissioner's Unopposed Motion for Remand, doc. 34, is **GRANTED**. The Commissioner's decision denying Plaintiff's claim for disability benefits is hereby **REVERSED** and this Social Security appeal is **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings as set forth herein. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

On remand, an ALJ must (1) provide the substitute party an opportunity for a hearing; (2) determine whether the claimant's impairments met or equaled the criteria of listings 1.02A and 1.03, providing sufficient rationale in support of the step three finding; and (3) further evaluate the claimant's mental impairments and reassess the claimant's residual functional capacity.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to enter judgment in accordance with Rule 58, Fed.R.Civ.P., and the parties' briefing schedule is hereby vacated.

Dated this 25th day of March, 2014.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge